IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX.
FILED
2012 JUN 21 PM 4: 14
DEPUTY CLERK _____

| | |
|---|---|
| EMMIT BRAGER, TDCJ #311725, Plaintiff, v. LISA JAMES, Defendant. | ) ) ) ) ) Civil No. 7:12-CV-092-O-BL ) ) ) ) |

### REPORT AND RECOMMENDATION

On June 18, 2012, Plaintiff submitted a letter to the Clerk of Court stating that he does not wish to proceed with this lawsuit. He has asked that the case be dismissed. Review of the docket sheet reflects that the Defendant has not been served and has not made an appearance in this action.

For the foregoing reasons, I recommend that Plaintiff's request for dismissal be GRANTED and that this case be DISMISSED without prejudice pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of this report and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing

the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).

SO ORDERED this 20th day of June, 2012.

_____
E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE