IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| EMMIT BRAGER, ) | |
| TDCJ #311725, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 7:12-CV-092-O-BL |
| ) | |
| LISA JAMES, ) | |
|     Defendant. ) | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, this case is DISMISSED without prejudice pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

SO ORDERED this 27th day of June, 2012.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**